# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153022(50)

MARY ELIZABETH ZELASKO,
        Plaintiff-Appellee,

v

RICHARD ANTHONY ZELASKO,
        Defendant-Appellant.
_____/

SC: 153022
COA: 324514
Oakland CC: 2011-788549-DM

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 4, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2016

